# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff(s),<br><br>vs.<br><br>AMANDA R. MULFORD,<br><br>　　　　Defendant(s). | NO. CR 07-2065-TUC-FRZ (CRP)<br><br>ORDER |

　　　This matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B) and the local rules of practice of this Court for hearing and report and recommendation on Defendant's Motion to Suppress Evidence. [19]

　　　On June 23, 2008 and July 18, 2008, Magistrate Judge Charles R. Pyle conducted a hearing and on September 17, 2008 issued his Report and Recommendation. [44] A copy was sent to all parties. On September 26, 2008, the Government filed its Objection to Report and Recommendation. [46] On September 29, 2008, Defendant filed his Notice that No Objections to Report and Recommendation to be Filed. [47]

　　　The Court, having made an independent review of the record herein, orders as follows:

　　　IT IS ORDERED that Plaintiff's objections are DENIED.

　　　IT IS FURTHER ORDERED that Magistrate Judge Pyle's Report and Recommendation is ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law in this matter.

　　　IT IS FURTHER ORDERED that the Motion to Suppress Evidence is GRANTED.

　　　DATED this 3rd day of October, 2008.

*Frank R. Zapata*
FRANK R. ZAPATA
United States District Judge